| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

AMIR HOSSEIN MAHDEJIAN §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:25-CV-341
§
BRET BRADFORD, *in his official capacity as* §
*Field Office Director of the Immigration and* §
*Customs Enforcement, Enforcement and* §
*Removal Operations, Houston Field Office,* §
ALEXANDER SANCHEZ, *in his official* §
*capacity as Facility Administrator of the IAH* §
*Secure Adult Detention Facility*, and KRISTI §
NOEM, *in her official capacity as Secretary,* §
*U.S. Department of Homeland Security*, §
§
    Respondents. §

## ORDER TO SHOW CAUSE

It has come to the court's attention that venue may not be proper in the Beaumont Division of the Eastern District of Texas. On June 27, 2025, Petitioner Amir Hossein Mahdejian ("Mahdejian") filed a Petition for Writ of Habeas Corpus (#1). The Petition states that "[v]enue is proper in this district and division . . . because Petitioner is detained within this district at the IAH Secure Adult Detention Facility in Livingston, Texas." The City of Livingston, Texas, however, is located in the Lufkin Division of the Eastern District of Texas. Accordingly, Mahdejian is instructed to submit briefing showing cause why the case should not be transferred to the Lufkin Division **on or before Thursday, July 3, 2025, at 9:00 a.m.** Any prior briefing deadlines set by this court are suspended pending an evaluation of the propriety of venue in the Beaumont Division.

FURTHER, IT IS ORDERED that Respondents must maintain the status quo with respect to Mahdejian's detention pending the court's determination regarding venue.

SIGNED at Beaumont, Texas, this 30th day of June, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE