| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

AMIR HOSSEIN MAHDEJIAN, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:25-CV-341
§
BRET BRADFORD, *in his official capacity as* §
*Field Office Director of the Immigration and* §
*Customs Enforcement, Enforcement and* §
*Removal Operations, Houston Field Office,* §
ALEXANDER SANCHEZ, *in his official* §
*capacity as Facility Administrator of the IAH* §
*Secure Adult Detention Facility*, and KRISTI §
NOEM, *in her official capacity as Secretary,* §
*U.S. Department of Homeland Security*, §
§
    Respondents. §

## ORDER TRANSFERRING CASE

Having been advised that the above-styled civil action involves events that allegedly occurred in Polk County, Texas, it is ordered that the Clerk of the Court shall **immediately** transfer this case to the Lufkin Division of the United States District Court for the Eastern District of Texas and assign an appropriate case number denoting the Lufkin Division.[1]

All motions that are pending at the time of transfer shall remain pending following the transfer of this case to the Lufkin Division. Additionally, the case shall remain referred to the Honorable Christine Stetson, a United States Magistrate Judge for the Beaumont and Lufkin Divisions.

---

[1] The Clerk of Court is directed to waive the twenty-one day waiting period set by Local Rule CV-83 and to transfer the case immediately following the entry of this order.

SIGNED at Beaumont, Texas, this 3rd day of July, 2025.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE